No. D–1250. IN RE DISBARMENT OF WILLIAMS. It is ordered that Patrick D. Williams, of Boulder, Colo., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 92–1274. ANAGO INC. v. TECNOL MEDICAL PRODUCTS, INC. C. A. 5th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 92–7703. IN RE HAAS; and
No. 92–7721. IN RE KIPPS. Petitions for writs of habeas corpus denied.

No. 92–1070. IN RE TWEEDY;
No. 92–7456. IN RE MARKHAM;
No. 92–7461. IN RE MASON; and
No. 92–7466. IN RE MASON. Petitions for writs of mandamus denied.

No. 92–7201. IN RE VEREEN. Petition for writ of prohibition denied.

No. 92–741. FEDERAL DEPOSIT INSURANCE CORPORATION v. MEYER. C. A. 9th Cir. Certiorari granted.

No. 92–1074. JOHN HANCOCK MUTUAL LIFE INSURANCE CO. v. HARRIS TRUST & SAVINGS BANK, AS TRUSTEE OF THE SPERRY MASTER RETIREMENT TRUST NO. 2. C. A. 2d Cir. Certiorari granted.

No. 92–1180. UNITED STATES v. JAMES DANIEL GOOD REAL PROPERTY ET AL. C. A. 9th Cir. Certiorari granted.

No. 91–1984. SOUTH CAROLINA PROPERTY & CASUALTY INSURANCE GUARANTY ASSN. v. OLIVIER. C. A. 11th Cir. Certiorari denied.

No. 91–8736. SNEED v. OHIO. Sup. Ct. Ohio. Certiorari denied.